UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NOA BRANDS AMERICA INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>UNITED STATES, :<br>:<br>Defendant. : | Court No. 23-00109 |

## STATUS REPORT AND SCHEDULING ORDER

On November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys were permitted to resume their usual civil litigation functions as of November 13, 2025. The lapse of appropriations extended approximately 43 days. However, because undersigned counsel is handling close to 20 matters, all of which have due dates in the coming months, and one of which is on an expedited schedule, *Camel Energy, Inc. v. United States et al,* Court No. 25-230, we are seeking an extension of the schedule for 30 days beyond the time of the lapse of appropriations, or 73 days. Pursuant to the Court's October 2, 2025 Order, ECF No. 18, the parties have conferred with respect to the remainder of the schedule and submit the following proposed scheduling order with respect to all outstanding matters.

1. Fact discovery shall be completed by March 6, 2026.

2. Any motions regarding discovery shall be filed no later than 30 days after the close of discovery.

3. Expert witness reports, if any, shall be submitted no later than May 4, 2026. Rebuttal reports, if any, shall be submitted by June 8, 2026.

4. Expert witness depositions, if any, shall be completed by July 13, 2026.

5.  Dispositive motions, if any, shall be filed by August 24, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

6.  If no dispositive motions are filed, a request for trial shall be filed by September 1, 2026 and shall be accompanied by a proposed order governing preparation for trial.

7.  If necessary, trial will begin at a time and place as ordered by the Court.

                Respectfully submitted,

<u>/s/ Matthew W. Caligur</u>
Matthew W. Caligur
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1355
mcaligur@bakerlaw.com
*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

<u>/s/ Aimee Lee</u>
AIMEE LEE
Assistant Director

<u>/s/ Monica P. Triana</u>
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230

November 21, 2025                *Attorneys for Defendants*

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NOA BRANDS AMERICA INC., | |
| Plaintiff, | |
| v. | Court No. 23-00109 |
| UNITED STATES, | |
| Defendant. | |

## AMENDED SCHEDULING ORDER

On consideration of the parties' status report and scheduling order, and upon consideration of other papers and proceedings herein, it is hereby ORDERED the following schedule governing the remainder of the litigation shall be entered:

1. Fact discovery shall be completed by March 6, 2026.

2. Any motions regarding discovery shall be filed no later than 30 days after the close of discovery.

3. Expert witness reports, if any, shall be submitted no later than May 4, 2026. Rebuttal reports, if any, shall be submitted by June 8, 2026.

4. Expert witness depositions, if any, shall be completed by July 13, 2026.

5. Dispositive motions, if any, shall be filed by August 24, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

3

6.      If no dispositive motions are filed, a request for trial shall be filed by September 1, 2026 and shall be accompanied by a proposed order governing preparation for trial.


Dated: _____                                  _____
New York, New York                                               Mark A. Barnett, Chief Judge