UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

|  |  |  |
|---|---|---|
| NOA BRANDS AMERICA INC., | : | |
| Plaintiff, | : | |
| v. | : | Court No. 23-00109 |
| UNITED STATES, | : | |
| Defendant. | : | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.    The imported merchandise covered by Entry No. 799-6256311-9, set forth on Schedule A, attached, consists of various iron and steel products (neckcaps).

3.    The imported merchandise was classified by U.S. Customs and Border Protection ("CBP") under subheading 7326.90.8688 of the Harmonized Tariff Schedule of the United States ("HTSUS") as "Other articles of iron or steel: Other: Other: Other: Other: Other," at the rate of 2.9% percent *ad valorem*, and is also subject to an additional 25% duty as an article of China under U.S. Note 20(e) under heading 9903.88.03, HTSUS.

4.    The imported merchandise was appraised by U.S. Customs and Border Protection upon liquidation, as entered, with a value of $594,500.00.

4868-1356-9395.3
092593.000035 4868-1356-9395.4

5.      Upon reliquidation, the stipulable imported merchandise will be appraised at a value of $1,535.75.

6.      The imported merchandise, covered by Entry No. 799-6256311-9 set forth on the attached Schedule A, is stipulable in accordance with this agreement.

7.      Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

8.      All other claims are abandoned.

9.      Each party will bear its own costs and attorney's fees.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____

Matthew W. Caligur
e-Mail: mcaligur@bakerlaw.com
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
(713) 751-1600 Telephone
(713) 751-1717 Telecopier
*Attorneys for Plaintiff*
*NOA Brands, America, Inc.*

Stipulated Judgement on Agreed Statement of Facts, Court No. 23-00109 (continued)

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Tel. (212) 264-9237
*Attorneys for Defendants*

Dated: April 29, 2026

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate Entry No. 799-6256311-9 and make refund in accordance with the stipulation of the parties set forth above.

Date:

_____
Chief Judge

| NOA Brands v. United States 1:23-cv-00109 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Schedule A of Stipulated Judgment on Agreed Statement of Facts | | | | | | | | |
| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Port Name | Date of Entry | Date of Liquidation | Duty Paid Liquidated | Stipulable Imported Merchandse ("A" Initials) |
| 319522102448 | 9/6/2022 | 2/16/2023 | 799-6256311-9 | Federal Express Courier Hub Anchorage, Alaska (Port Code 3195) | 11/23/2021 | 4/1/2022 | $165,865.50 | A |